UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

FILED
DEC 10 2007
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

Jonathan Lee Riches©,
Plaintiff

V.

CIVIL NO:
2:07CV2654 LKK JFM (PC)

OMAHA Westroads MaLL; Von MauR department store;
Robert A. Hawkins,
Defendants

Complaint

Mall FRAUD / Security Neglect / Future Metal detectors at Malls

Comes now the Plaintiff, Jonathan Lee Riches©, in pro-se, Moves this court under 42 USC 1983 and the whistle blowing act. Plaintiff seeks $500 million dollars to be donated to the Mall shooting victims due to the Malls Lack of security. and mental torture on Robert A. Hawkins. Hawkins was a very sick 20 year old. He was a former inmate at FCI Williamsburg, and the govt. Kept him in Solitary confinement for 5 straight years. They would not allow his family to visit, then they just throw him to the street without any treatment. Westroads Mall knew that Hawkins was coming to shop and bring a gun, but they failed to warn people because they are money greedy and did not want to lose business or create panic. I told Westroads mall to install metal detectors at all the entrances. I sent them letters, but they called me a dumb skinny Jewish boy, and the Mall told me "I hope you rot in solitary confinement at FCI Williamsburg." Hawkins was not on medication because the Government Keeps raising health care, Hawkins could not afford it. Hawkins was mentally sick, but retail stores in the mall would not give him a Job. Von MauR department store told Hawkins to "get lost" when Hawkins tried to apply for a Job. Westroads mall needs to get shut down for local building code violations, not paying taxes, conspiring with Warren Boffett, and not giving me Omaha steaks. I pray for relief.

Jonathan Lee Riches
#40948-018
FCI Williamsburg
P.O. Box 340
Salters, S.C. 29590
843-387-9400

Respectfully Submitted

Jonathan Lee Riches©

(PC)Riches v. Omaha Westroads Mall et al                                                                       Doc. 1