IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JONATHAN LEE RICHES,

    Plaintiff,                    No. 2:07-cv-2654 LKK JFM (PC)

    vs.

OMAHA WESTROADS MALL, et al.,

    Defendants.            ORDER

         On October 1, 2008, plaintiff filed a document styled as a motion for reconsideration and a motion for recusal of the "presiding judge."  This civil rights action was closed on April 7, 2008.  The fanciful allegations of plaintiff's October 1, 2008 motion support neither consideration of the motion for reconsideration as a motion pursuant to Fed. R. Civ. P. 60(b) nor recusal of the judges assigned to this action.  Plaintiff is advised that no orders will issue in response to future filings.

DATED: October 6, 2008.

                                            UNITED STATES MAGISTRATE JUDGE

12;rich2564.58